**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NANA A. AMISSAH,<br><br>                           Plaintiff,<br><br>       v.<br><br>META PLATFORMS, INC.,<br><br>                        Defendant. | Civil Action No. 1:25-cv-03916-JPO<br><br>**DEFENDANT META PLATFORMS, INC.'S NOTICE OF MOTION TO COMPEL ARBITRATION AND <u>STAY THE PROCEEDINGS</u>** |

PLEASE TAKE NOTICE that, upon the accompanying Affirmation of Ashley Mayungbo, together with Exhibit A annexed thereto; the Affirmation of Nicholas H. De Baun, Esq., together with Exhibit A annexed thereto; Defendant Meta Platforms, Inc.'s ("Defendant") Memorandum of Law in Support of its Motion to Compel Arbitration and Stay the Proceedings; and upon all the pleadings and proceedings herein, Defendant, by and through its undersigned counsel, Seyfarth Shaw LLP, will move this Court, at a date and time to be determined by the Court, before the Honorable J. Paul Oetken, United States District Judge, at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007, for an Order: (i) granting Defendant Meta's Motion to Compel Arbitration; (ii) staying the action pending arbitration; and (iii) granting such other and further relief as the Court may deem just and proper.

Dated: July 14, 2025                       Respectfully submitted,

**SEYFARTH SHAW LLP**

*/s/ Nicholas H. De Baun*
Cameron A. Smith, Esq.
Nicholas H. De Baun, Esq.
David S. Ostern, Esq.
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
E: casmith@seyfarth.com
E: ndebaun@seyfarth.com
E: dostern@seyfarth.com

*Attorneys for Defendant Meta Platforms, Inc.*

318064441v.4