UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANA A. AMISSAH,<br><br>                                         Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>                                         Defendant. | Civil Action No. 1:25-cv-03916-JPO<br><br>**AFFIRMATION OF**<br>**ASHLEY MAYUNGBO** |

**ASHLEY MAYUNGBO** hereby affirms as follows under penalty of perjury:

1.      I am a HR Director, Global Partnerships & Business Development at Meta Platforms, Inc. ("Meta"), the Defendant in the above-captioned action. I submit this Affirmation in support of Defendant Meta's Memorandum of Law in Support of its Motion to Compel Arbitration and Stay the Proceedings. This Affirmation is made based upon my own personal knowledge, the books and records of Meta, and the knowledge of employees and agents of Meta as related to me.

2.      Appended to this Affirmation as **Exhibit A** is a true and correct copy of the Mutual Arbitration Agreement between Plaintiff Nana A. Amissah ("Plaintiff") and Meta, which Plaintiff signed on or about April 24, 2017.

I hereby affirm under penalty of perjury that the foregoing is true and correct.

Dated: July 14, 2025
       New York, New York

                                                                  _____
                                                                  ASHLEY MAYUNGBO
                                                                  HR Director, Global Partnerships
                                                                  & Business Development