UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANA A. AMISSAH,
                  Plaintiff,

-v-

META PLATFORMS, INC.,
                  Defendant.

25-CV-3916 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant Meta Platforms, Inc. moved to compel arbitration and stay the proceedings on July 14, 2025. (ECF No. 13.) On July 28, 2025, Plaintiff Nana Amissah filed a letter stating that she consents to the motion. (ECF No. 18.) Accordingly, Defendant's motion to compel is GRANTED. This case is hereby stayed pending arbitration.

    The initial pre-trial conference scheduled for August 15, 2025 is hereby adjourned *sine die*.

    The Clerk of Court is directed to close the motion at Docket Number 13 and to stay the case.

    SO ORDERED.

Dated: July 29, 2025
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge